UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FAYE HILL JACKSON,

    Plaintiff,

    v.                                 Case No. 20-2469-JWB

WAL-MART STORES EAST, LP (d/b/a WAL-MART STORES EAST I, LP),
et al.,

    Defendants.

## ORDER

On September 28, 2020, the court entered an order to show cause, instructing defendants to file a status report to demonstrate the citizenship of the parties to establish subject matter jurisdiction (ECF No. 8).  Specifically, the ownership of defendant Wal-Mart Stores East, LP was unclear.  On October 13, 2020, defendants filed their response (ECF No. 10).  Defendants' response addresses the membership of Wal-Mart Stores East, LP.  WSE Management, LLC is its general partner and WSE Investment, LLC is its limited partner; the sole member of these LLCs is Wal-Mart Stores East, LLC.  Walmart, Inc. is the sole member of the LLC; there are no other owners.  Wal-Mart Stores East, LP is therefore a citizen of Delaware and Arkansas.  The court finds that it has subject matter jurisdiction over this case based on these assertions.  Accordingly, the court finds that defendants have satisfied their burden of showing why this case should not be dismissed for lack of subject matter jurisdiction.

    IT IS SO ORDERED.

Dated October 14, 2020, at Kansas City, Kansas.

s/ James P. O'Hara  
James P. O'Hara  
U.S. Magistrate Judge